## AFFIDAVIT

I, Lindsey Bosso, being first duly sworn, hereby depose and state as follows:

1. I am a Senior Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (hereinafter "HSI"), assigned to the Resident Agent in Charge, Pensacola, Florida. I have been so employed since June 2003. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. During my tenure as a Special Agent, I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18, United States Code, Section 2256) in multiple forms of media, including computer media. I have participated in the execution of numerous warrants, a number of which involved child exploitation and/or child pornography offenses. This affidavit outlines the basis for a violation of Title 18, United States Code, Section 2422(b) – the attempted enticement of a minor.

## THE INVESTIGATION

2. On July 22, 2015, Detective Jeff Brown, Pensacola Police Department, placed an online undercover Craigslist warning, advising readers to not contact "Pcolababe76@gmail.com." The warning specifically stated:

**Http://pensacola.craigslist.org/cas/5135390125**

**"Watch Out- w4m (Pcola)**

**Hey everyone watch out for pcola babe 76 at google. I was emailing her but realized that she is looking foe someone for her young ones. Watch out just had to get that out there. I**

1

**didn't believe her but then she sent me some pics of the them and I could tell that they were young. Again watch out."**

3. On July 26, 2015, at approximately 6:18 p.m., an individual utilizing "rmatt1836@hotmail.com" emailed "Pcolababe76@gmail.com" asking, "Are you looking for help?" and then minutes later, at approximately 6:23 p.m., asked, "You have some things for sale?" Below is a sample of some of the email communications that followed between the undercover officer (Pcolababe76@gmail.com) and the individual utilizing "rmatt1836@hotmail.com":

Undercover Officer, July 26, 2015 @ 6:23 p.m.
**Message: Who is this and how did you get my email**

Suspect, July 26, 2015 @ 6:38 p.m.
**Message: You had some things for sale, I was told by a friend and gave me your email.**

Suspect, July 26, 2015 @ 6:51 p.m.
**Message: if you got anything for sale, and want to chat text me at 850-631-4591.**

Suspect, July 26, 2015 @ 8:43 p.m.
**Message: Maybe it was $omething for rent.**

Suspect, July 26, 2015 @ 10:04 p.m.
**Message: I'll tell it like it is I want young stuff, let me know if your interested. $$$$**

Suspect, July 27, 2015 @ 7:39 a.m.
**Message: Can we do $ome busine$$ today?**

Undercover Officer, July 27, 2015 @ 9:00 a.m.
**Message: being a single mom with a 12 year old is tough and anything would be great**

Suspect, July 27, 2015 @ 9:34 a.m.
**Message: I'm not the law if your worried about that, here now you know I'm not** [to this, attached was an image of an adult male standing naked exposing his penis].

Suspect, July 27, 2015 @ 10:27 a.m.
**Message: 100$$**

4.  Thereafter, the communications migrated to text messages via the aforementioned telephone number provided by who would turn out to be the defendant. Below is an outline of said text messages on July 27, 2015 (OUT denotes sent from the undercover and IN from the defendant):

10:44:51 AM CDT

OUT

hey this is lindsey im at work now but get off later and shes a girl

10:46:19 AM CDT

IN

Oh cool. so you want to do this ?

10:49:39 AM CDT

OUT

only thing is that u would be way nore experience that her u know but the 100 is nice

10:51:14 AM CDT

IN

is she use to it? We could just do oral.

10:54:38 AM CDT

OUT

yea she is for that much what all other than oral were u gonna do w her also i get off at 4 today

10:57:04 AM CDT

IN

dose she give oral ? If so just play with her. you can watch. That's cool.

11:06:20 AM CDT

OUT

yes she will

11:07:51 AM CDT

3

IN

Ok that's cool, unless you want pentration.

11:09:33 AM CDT

OUT

your paying so up to u what about protection if u do

11:11:20 AM CDT

IN

I've been fixed, can't make babies. has she had pentration before ?

11:19:26 AM CDT

OUT

k thxs good yes she has

11:21:05 AM CDT

IN

very good, love to $ee you later today.

11:24:22 AM CDT

OUT

k when good 4 u but u said pentration 100 is a lot where what all were u gonna do

11:24:39 AM CDT

OUT

also ur not a cop right u hit me up

11:27:22 AM CDT

IN

fuck no I'm not a cop, i was wondering the same thing about you.

11:28:08 AM CDT

IN

You want me to get a room and you and her can come to the room ?

4

11:30:41 AM CDT

IN

i want to eat her out; lick and suck her clit and try to make her have a couple orgasms. And let her suck me dry. thank cool with you?

11:30:49 AM CDT

OUT

lol had 2 check and same here and u hit me up so def not

11:32:08 AM CDT

IN

and love for you to watch.

11:35:21 AM CDT

OUT

but im not involved though sorry into girls now just so u know

11:37:30 AM CDT

IN

You don't have to be involved just watch, cool? and I'd love to do it now if you can.

11:38:39 AM CDT

OUT

ok thats fine

11:39:24 AM CDT

IN

when can we do it ?

11:45:47 AM CDT

OUT

at work i have a gf that works at a hotel off i10 can get me a room for a few for free lol but it would have 2 be after wk

11:48:14 AM CDT

IN

just tell me where and when. maybe we could make this a regular thing about once a week. ?

11:51:10 AM CDT

OUT

k let me text her and see if she can hook me up lol

11:51:46 AM CDT

IN

Cool.

12:29:59 PM CDT

OUT

she said that she had to go to the one off avalon but will have one around 230ish

12:30:15 PM CDT

OUT

she said that they havent checked out yet and then she has to clean it

12:31:36 PM CDT

IN

so you going to be at the one on avalon ?

12:32:06 PM CDT

OUT

yea sounds like she can hook me up just later though if thats ok i get off at 2 so after that

12:34:34 PM CDT

IN

That's fine with me, just so i know this ain't a set up, when you get off at 2 send me a nude picture of her ok?

12:36:54 PM CDT

OUT

u hit me up but not sending a nude but ill send one of her k for 100 u can take some if you want

6

12:37:46 PM CDT

IN

Cool

01:26:52 PM CDT

IN

You said you were into girls, will you get involved for 150 not with me just her ?

01:37:30 PM CDT

OUT

i am but never done that idk u dont want her now

01:40:25 PM CDT

IN

Oh yeah i still want to do her, but love to see you do her to, and maybe she could do you some while I'm doing her.

01:44:40 PM CDT

OUT

we will see never done that an ddont know how she would do

01:46:36 PM CDT

IN

she probably would if she's been doing this, you willing 150 $

01:58:06 PM CDT

OUT

idk we will see again dont want you though this is bout her

02:00:35 PM CDT

IN

You don't have to have anything to do with me, I'll only be involved with her. and what is her name ?

02:04:02 PM CDT

IN

7

When you get the chance send me a picture.

02:08:24 PM CDT

OUT

rachel also meant to ask how old r u 2

02:09:36 PM CDT

IN

I'm 57 . that make a difference

02:12:40 PM CDT

OUT

no just curious just remebrr that she 12 and to kinda go a little slow

02:13:05 PM CDT

OUT

got off and give me a few and we will head that way k...cant wait

02:13:46 PM CDT

IN

Me either please send me a picture.

02:20:35 PM CDT

OUT

k i will see ya soon

02:40:49 PM CDT

OUT

sent pic but dont think it went through woll email and we r here at the red roof in off avalon

02:42:06 PM CDT

IN

What room ? Yes email me a picture

02:43:12 PM CDT

OUT

meet me out back so we can take care of money and then we will go in but she will be showering cant wait need the money

02:43:20 PM CDT

OUT

did u get the email

02:43:47 PM CDT

IN

Not yet

02:44:53 PM CDT

OUT

i barley have a signal lol..theres a table by the pool and ill be waitin there lol its hot outside hahah

02:45:26 PM CDT

IN

K

02:46:00 PM CDT

OUT

k as in u got the pic and how log so i can tell rachel

02:50:13 PM CDT

IN

About 15 minutes

02:51:01 PM CDT

OUT

im in pink at the table

02:51:57 PM CDT

OUT

k see ya soon

9

02:53:48 PM CDT

IN

K

02:59:52 PM CDT

OUT

u almost here

5. At approximately 2:45 p.m., the defendant departed his residence in order to travel to engage in sexual activity with the minor as noted above. The defendant, Robert F. Matlack, traveled to the Red Roof Inn in Milton, Florida. He thereafter engaged your affiant, who was posing as "Lindsey," the adult female who was communicating with the defendant as noted above. Your affiant began to speak with the defendant about the monetary transaction for sexual activity with the minor. The defendant said "I want to see her first," or words to that effect. Your affiant told the defendant that she was in the shower. The defendant and your affiant continued to talk, and the defendant eventually exited his vehicle. Your affiant asked what the defendant wanted to do "with her," and he responded "you know, what we talked about in the text," or words to that effect. We continued to discuss the arrangements for sexual activity with the minor and the price to be paid. Your affiant walked the defendant toward the hotel door, and the defendant was soon detained.

6. Search incident to arrest of the defendant revealed approximately $180 in United States currency in his front pocket. In his vehicle, law enforcement located a dark colored Samsung Galaxy Note II cellular telephone (Samsung-SGH-I317). The defendant waived his rights pursuant to *Miranda* and confirmed the above email address was his, and that agents could search his phone (on scene, the defendant later revoked consent to search the telephone). Your affiant knows, based upon her training and experience that much of the aforementioned crime

was committed via text message by utilizing the dark colored Samsung Galaxy Note II cellular telephone (Samsung-SGH-I317); there were no other cellular telephones located on the defendant or in his vehicle.

_____
Lindsey Bosso, Special Agent
Homeland Security Investigations


Subscribed and sworn before me this \_\_27th\_\_ day of July, 2015.

_____
ELIZABETH M. TIMOTHY
United States Magistrate Judge